**IN THE DISTRICT COURT OF THE VIRGIN ISLANDS**
**DIVISION OF ST. CROIX**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
|       ) | |
| Plaintiff,       ) | |
|       ) | **Case No. 1:17-cr-0013** |
| v.       ) | |
|       ) | |
| AJANI PLANTE,       ) | |
|       ) | |
| Defendant.       ) | |

## ORDER[1]

**BEFORE THE COURT** are the following motions filed by Defendant Ajani Plante ("Plante" or "Defendant"):

1. Defendant's Motion to Vacate or Set Aside Conviction (28 U.S.C. § 2255), filed on September 27, 2023. (ECF No. 41); and

2. Defendant's Motion for Compassionate Release and Sentence Reduction or Modification, filed on October 30, 2023. (ECF No. 44.)

Magistrate Judge Emile A. Henderson III issued a Report and Recommendation ("R&R") on September 9, 2025, recommending, *inter alia,* that that the Court deny Plante's motion to vacate and the motion for compassionate release. (ECF No. 48.) Plante did not file any objections to the R&R. The Court conducted a de novo review of the record and has made an independent determination finding no error in the R&R.[2] Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 48, is **APPROVED** and **ADOPTED** as an Order of this Court as if fully set forth herein; it is further

**ORDERED** that Defendant's Motion to Vacate or Set Aside Conviction, ECF No. 41, is **DENIED;** it is further

---

[1] Due to the retirement of the judge previously assigned to this case, the undersigned, exercising his authority as Chief Judge of the District Court, reassigned this case to himself on February 17, 2026.

[2] *See Hill v. Barnacle*, 655 Fed. Appx. 142, 148 (3d Cir. 2016) (opining that the district court is not required to make separate findings or conclusions when reviewing a Magistrate Judge's report and recommendation de novo under 28 U.SC. § 636(b)) (citing *Elmendorf Grafica, Inc. v. D.S. America, Inc.*, 48 F.3d 46, 49-50 (1st Cir. 1995) (opining that "[28 U.S.C. § 636(b)] authorizes the district court to adopt in whole as well as in part the proposed findings and recommendations of the magistrate judge. Where, as here, the magistrate judge decided on an undisputed factual record, the district court was certainly not required to rehash the magistrate judge's reasoning. The role of the magistrate judge is 'to relieve courts of unnecessary work.'") (citations omitted).

*United States v. Plante*
Case No. 1:17-cr-0013
Order
Page **2** of **2**

**ORDERED** that Defendant's Motion for Compassionate Release and Sentence Reduction or Modification, ECF No. 44, is **DENIED;** it is further

**ORDERED** that a certificate of appealability is **DENIED;** it is further

**ORDERED** that a copy of this Order shall be served on Ajani Plante by certified mail return receipt requested and that a copy of the return receipt shall be filed on the docket; and it is further

**ORDERED** that a copy of this Order shall be docketed in the companion civil case of *Plante v. United States*, Case No. 1:23-cv-0040 and the Clerk of Court is directed to **CLOSE** that case.

**Dated:** March 26, 2026                    /s/ *Robert A. Molloy*
                                             **ROBERT A. MOLLOY**
                                             **Chief Judge**